Michele R. Stafford, Esq. (SBN 124607)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

Jeremy T. Vermilyea, Esq.
SCHWABE, WILLIAMSON & WYATT
1211 SW 5th Ave., Ste. 1900
Portland, OR 97204
Telephone: (503) 796-7468
Facsimile: (503) 796-2900
jvermilyea@schwabe.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF:<br><br>NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND, et al.<br><br>Plaintiffs,<br>v.<br><br>WESTERN SURETY COMPANY, a South Dakota Corporation, et al.<br><br>Defendants. | Case No.: C14-1326 RS<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, SUBJECT TO THE COURT RETAINING JURISDICTION OF THE ACTION TO ENFORCE SETTLEMENT AGREEMENT; and [~~PROPOSED~~] ORDER THEREON** |

TO THE HONORABLE JUDGE RICHARD SEEBORG, UNITED STATES DISTRICT COURT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs NORTHERN CALIFORNIA GLAZIERS, et al. ("Plaintiffs"), and Defendants WESTERN SURETY COMPANY, a South Dakota Corporation, and GLEN/MAR CONSTRUCTION, INC., a Oregon

Corporation (collectively "Defendants"), as follows:

1. A full and final settlement of the above-titled action has been agreed to by all parties. Therefore, the parties respectfully request that this action be dismissed <u>without</u> prejudice, subject to the Court retaining jurisdiction of the action to enforce the settlement terms below.

2. Defendants shall make full payment of the agreed-upon settlement amount to Plaintiffs by August 18, 2014.

3. In the event Defendants fail to make full payment by August 18, 2014, or if Defendants' payment fails to clear the bank, Plaintiffs are authorized to request immediate entry of Judgment against Defendants in the settlement amount, less any payments made, solely upon declaration by a duly authorized representative of Plaintiffs. The Court shall enter Judgment against Defendants upon such declaration.

4. The parties' settlement is contingent upon this Court agreeing to reserve and retain jurisdiction of this action to enforce the terms of the parties' settlement.

Dated: August 12, 2014           **SCHWABE, WILLIAMSON & WYATT**

                                 By: _____/S/_____
                                 Jeremy T. Vermilyea
                                 Attorneys for Defendants


Dated: August 12, 2014           **SALTZMAN AND JOHNSON LAW CORPORATION**

                                 By: _____/S/_____
                                 Erica J. Russell
                                 Attorneys for Plaintiffs


IT IS SO ORDERED.

Pursuant to the Stipulation between the parties, the above-titled case shall be dismissed without prejudice while the Court reserves and retains jurisdiction of this action and the parties to enforce the term of the parties' settlement.

Dated: __8/19__, 2014            _____
                                 UNITED STATES DISTRICT COURT JUDGE